In the Matter of WILLIAM P. LANGEVIN, an Attorney.— Proceeding dismissed. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell and Finch, JJ.

ANNIE DOUGLASS v. ANTOINETTE C. WORRALL.— Motion for stay granted on condition stated in order. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HENRY YOECKEL, Respondent, v. JAMES C. COLGATE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB PEARLBERG, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Finch, JJ.

OSCAR SONDHELM, Respondent, v. SAMUEL LURIA, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS FORESE, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAFAEL FERNANDEZ, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Finch, JJ.

LOUIS ISRAELSON, Respondent, v. SPARROWBUSH TANNING COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an amended answer upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Finch, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., for the Purpose of Opening and Extending Westchester Avenue, etc., Closing and Discontinuance of Old Clason's Point Road, Old St. Lawrence Avenue, Old Commonwealth Avenue, Butler Place and Pelham Road, in the Twenty-fourth Ward, Borough of The Bronx, City of New York, Pursuant to Chapter 1006, Laws of 1895, etc. THE CITY OF NEW YORK and Another, Appellants; BRONX PARKWAY REALTY COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements separately to the respondents appearing by separate counsel and filing briefs herein and arguing for affirmance. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Finch, JJ.

PHILIP BARNARD and Others, Landlords, Respondents, v. ADOLPH HUMPFNER, Tenant. GUSTAVE LEMKE and Another, Appellants, Impleaded with Others.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Finch, JJ.

ARCHIBALD C. HEAPHY, Appellant, v. EMMA M. GERMAN and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

EMILIE SCHEIBE, Respondent, v. HENRY C. ZARO, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.